SEPTEMBER 21, 1987

No. A–26 (87–5204). WILLIAMS *v.* OKLAHOMA. Ct. Crim. App. Okla. Application for stay and other relief, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. A–177. MORGAN *v.* FORETICH. Super. Ct. D. C. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D–646. IN RE DISBARMENT OF MADSEN. Disbarment entered. [For earlier order herein, see *ante,* p. 1017.]

No. 86–495. K MART CORP. *v.* CARTIER, INC., ET AL.;
No. 86–624. 47TH STREET PHOTO, INC. *v.* COALITION TO PRESERVE THE INTEGRITY OF AMERICAN TRADEMARKS ET AL.; and
No. 86–625. UNITED STATES ET AL. *v.* COALITION TO PRESERVE THE INTEGRITY OF AMERICAN TRADEMARKS ET AL. C. A. D. C. Cir. [Certiorari granted, 479 U. S. 1005.] Motion of Yamaha International Corp. et al. for leave to participate in oral argument as *amici curiae,* for divided argument, and for additional time for oral argument denied.

No. 86–684. CALIFORNIA *v.* GREENWOOD ET AL. Ct. App. Cal., 4th App. Dist. [Certiorari granted, *ante,* p. 1019.] Motion of Americans for Effective Law Enforcement, Inc., et al. for leave to file a brief as *amici curiae* granted.